BALLARD SPAHR ANDREWS & INGERSOLL, LLP
By:   Neal Walters, Esquire
      Mariah Murphy, Esquire
Plaza 1000, Suite 500, Main Street
Voorhees, New Jersey 08043-4636
(856) 761-3400
Attorneys for ChoicePoint, Inc., ChoicePoint Services, Inc.,
National Data Retrieval, Inc., and Superior Information Services, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALBERT KNIGHT<br>on behalf of himself and all others<br>similarly situated<br><br>　　　　　　　Plaintiff<br>v.<br><br>CHOICEPOINT, INC., et al.<br><br>　　　　　　　Defendants. | Civil Action No. 08-4676 |

### CONSENT ORDER EXTENDING THE TIME BY WHICH DEFENDANTS MAY FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

This matter having come before the Court on the Application of the Defendants with the consent of the Plaintiff, pursuant to D.N.J. L. Civ. R. 6.1(a), and having reviewed the Application,

**IT IS HEREBY ORDERED** on this _1st_ day of _December_, 2008 that the time within which the Defendants shall answer, reply or otherwise move as to Plaintiffs' Complaint is hereby extended to January 15, 2009.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable　　　　　, ~~USDJ~~.
　　　　　　　　　　　　　　　　　　Ann Marie Donio, USMJ

DMEAST #10155928 v1

We hereby consent to the terms of this Order.

                                    **BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

Dated: November 26, 2008      By:     s/ Mariah Murphy
                                            Mariah Murphy, Esquire
                                            Plaza 1000, Suite 500, Main Street
                                            Voorhees, New Jersey 08043
                                            Phone: (856) 761-3400

                                            *Attorneys for ChoicePoint, Inc., ChoicePoint Services, Inc., National Data Retrieval, Inc., and Superior Information Services, Inc.*

                                            **FRANCIS & MAILMAN, P.C.**

Dated: November 26, 2008      By:     s/ James Francis
                                            JAMES A. FRANCIS
                                            MARK D. MAILMAN
                                            JOHN SOUMILAS
                                            Land Title Building, 19th Floor
                                            100 South Broad Street
                                            Philadelphia, PA 19110
                                            Phone: (215) 735-8600

                                            **DONOVAN SEARLES, LLC**
                                            DAVID A. SEARLES
                                            1845 Walnut Street, Suite 1100
                                            Philadelphia, PA 19103
                                            *Attorneys for Plaintiff and the Class*