UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALBERT KNIGHT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHOICEPOINT INC., et al.,<br><br>Defendants. | Case No. 08-04676-NLH-KMW<br><br>**ORDER GRANTING CONSENT MOTION TO EXTEND THE TIME FOR DEFENDANTS TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

AND NOW, upon consideration of Defendants' Consent Motion to Extend the Time for Defendants to Move, Answer or Otherwise Respond to Plaintiff's Amended Complaint, the Motion is GRANTED. It is hereby ORDERED that Defendants shall move, answer or otherwise respond to the Amended Complaint on or before September 25, 2009.

Dated: September 15th, 2009          BY THE COURT:

_____
NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey

sf-2738496