**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ALBERT KNIGHT, on behalf of himself and all others similarly situated,** ) ) ) | |
| Plaintiff, ) | Civil Action No. 08-4676 |
| vs. ) ) | |
| **CHOICEPOINT, INC., et al.** ) ) | |
| Defendants. ) ) | |

## STIPULATION

AND NOW, this 2nd day of October, 2009, it is hereby STIPULATED and AGREED by and between the undersigned counsel for Plaintiff Albert Knight and Defendants, that Plaintiff's time to respond to Defendants' Motion to Dismiss shall be extended through October 26, 2009. Defendants shall file their reply on or before November 9, 2009. The return date for Defendants' Motion to Dismiss shall be November 16, 2009. It is further agreed that this Stipulation may be executed via electronic signatures.

APPROVED BY THE COURT:

Date: _____        _____
                                                            HILLMAN,                              J.

**Agreed To By:**

| | |
|---|---|
| **FRANCIS & MAILMAN, P.C.** | HANGLEY, ARONCHICK, SEGAL & PUDLIN, P.C. |
| BY:    /s/ *Gregory J. Gorski*       <br>         GREGORY J. GORSKI<br>         Land Title Building, 19th Floor<br>         100 S. Broad Street<br>         Philadelphia, PA 19110<br><br>         Attorney for the Plaintiff | BY:   /s/ *Sharon F. McKee*       <br>         SHARON F. McKEE<br>         20 Brace Road, Suite 201<br>         Cherry Hill, New Jersey  08034<br><br>         Attorney for the Defendants<br>         ChoicePoint Services, Inc.,<br>         ChoicePoint, Inc.,<br>         National Data Retrieval Inc., and<br>         Superior Information Services, Inc. |