**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALBERT KNIGHT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHOICEPOINT INC., *et al.*,<br><br>Defendants. | Case No. 08-04676-NLH-KMW<br><br><br><br>**STIPULATION OF EXTENSION OF THE TIME TO FILE A REPLY IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT (Dkt. No. 58)** |

AND NOW, this 6th day of November, 2009, it is hereby STIPULATED and AGREED by and between the undersigned counsel for Plaintiff Albert Knight and Defendants that Defendants' time to file a reply brief in response to Plaintiff's response to the motion to dismiss the amended complaint shall be extended 7 days from November 9, 2009 to November 16, 2009, and that the motion date shall be December 7, 2009. It is further stipulated that the Stipulation may be executed by electronic signatures. The Court previously approved an extension of Defendants' time to move on September 15, 2009, and an extension of Plaintiff's time to respond to the motion and the deadline for the reply brief on October 5, 2009.

Dated: November ____, 2009             APPROVED BY THE COURT:


                                        _____
                                        NOEL L. HILLMAN, U.S.D.J.

Stipulated by:
FRANCIS & MAILMAN, P.C.                 HANGLEY ARONCHICK SEGAL & PUDLIN, P.C.

By: s/Gregory J. Gorski_____       By: s/Sharon F. McKee_____
    Gregory J. Gorski                       Sharon F. McKee
Land Title Building, 19th Fl.           20 Brace Road, Suite 201
Philadelphia, PA  19110                 Cherry Hill, New Jersey  08034

Attorneys for Plaintiff                 Attorneys for Defendants