**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALBERT KNIGHT, on behalf of himself and all others similarly situated, | Case No. 08-04676-NLH-KMW |
| Plaintiff, | |
| v. | **STIPULATION OF EXTENSION OF THE TIME TO FILE A REPLY IN FURTHER SUPPORT OF DEFENDANTS' MOTION** |
| CHOICEPOINT INC., *et al.*, | **TO DISMISS PLAINTIFF'S AMENDED** |
| Defendants. | **COMPLAINT (Dkt. No. 58)** |

AND NOW, this 6th day of November, 2009, it is hereby STIPULATED and AGREED by and between the undersigned counsel for Plaintiff Albert Knight and Defendants that Defendants' time to file a reply brief in response to Plaintiff's response to the motion to dismiss the amended complaint shall be extended 7 days from November 9, 2009 to November 16, 2009, and that the motion date shall be December 7, 2009. It is further stipulated that the Stipulation may be executed by electronic signatures. The Court previously approved an extension of Defendants' time to move on September 15, 2009, and an extension of Plaintiff's time to respond to the motion and the deadline for the reply brief on October 5, 2009.

Dated: November 9, 2009

APPROVED BY THE COURT:

_Noel L. Hillman_

NOEL L. HILLMAN, U.S.D.J.

Stipulated by:
FRANCIS & MAILMAN, P.C.

By: s/Gregory J. Gorski
    Gregory J. Gorski
Land Title Building, 19th Fl.
Philadelphia, PA 19110

Attorneys for Plaintiff

HANGLEY ARONCHICK SEGAL & PUDLIN, P.C.

By: s/Sharon F. McKee
    Sharon F. McKee
20 Brace Road, Suite 201
Cherry Hill, New Jersey 08034

Attorneys for Defendants