UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ALBERT KNIGHT, : | |
| : | Civil Action No. |
| Plaintiff, : | 08-4676-NLH-kmw |
| : | |
| v. : | |
| : | **ORDER** |
| CHOICEPOINT, INC., et al., : | |
| : | |
| Defendants. : | |

**APPEARANCES**:

James A. Francis, Esquire
John Soumilas, Esquire
Gregory Gorski, Esquire
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Atreet
Philadelphia, PA 19110

    *Attorneys for Plaintiff*

James F. McCabe, Esquire (pro hac vice)
James R. McGuire, Esquire (pro hac vice)
MORRISON & FOERSTER LLP
420 Market Street
San Francisco, CA 94105-2482

Jeffrey T. Cox, Esquire (pro hac vice)
Ronald I. Raether, Jr., Esquire (pro hac vice)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza S.W.
10 North Ludlow Street
Dayton, OH 45402

Mark A. Aronchick, Esquire (pro hac vice)
Sharon F. McKee, Esquire
HANGLEY, ARONCHICK, SEGAL & PUDLIN, P.C.
20 Brace Road, Suite 201
Cherry Hill, NJ 08034

    *Attorneys for Defendants ChoicePoint Inc., ChoicePoint Services Inc., National Data Retreival Inc., and Superior Information Services Inc.*

**HILLMAN, District Judge**

    For the reasons expressed in the Court's Opinion entered on this date; and

    For good cause shown;

    IT IS on this  28th  day of  June   , 2010, hereby

    **ORDERED** that Defendants' Motion to Dismiss [58] is **GRANTED**; and it is further

    **ORDERED** that Plaintiff is granted leave to file a second amended complaint within ten (10) days of the entry of this Order.

                                        s/ Noel L. Hillman
                                       HON. NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey