IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALBERT KNIGHT, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>CHOICEPOINT, INC., et al.<br><br>    Defendants. | Civil Action No. 08-4676 |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Albert Knight and Defendants ChoicePoint Services, Inc., ChoicePoint, Inc., National Data Retrieval Inc., and Superior Information Services, Inc. that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action be dismissed with prejudice against these Defendants with each party to bear their own costs incurred.

| | |
|---|---|
| **FRANCIS & MAILMAN, P.C.** | **HANGLEY, ARONCHICK, SEGAL & PUDLIN, P.C.** |
| BY:  */s/ Gregory J. Gorski* | BY:  */s/ Sharon F. McKee* |
| GREGORY J. GORSKI<br>Land Title Building, 19th Floor<br>100 South Broad Street<br>Philadelphia, PA  19110 | SHARON F. McKEE<br>20 Brace Road, Suite 201<br>Cherry Hill, NJ  08034 |
| Attorney for the Plaintiff<br>Albert Knight | Attorney for the Defendants<br>ChoicePoint Services, Inc.,<br>ChoicePoint, Inc.,<br>National Data Retrieval Inc., and<br>Superior Information Services, Inc. |
| Date: August 11, 2010 | |

SO ORDERED:

_____
Date: _____          HILLMAN,         J.