IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALBERT KNIGHT, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CHOICEPOINT, INC., et al.<br><br>    Defendants. | Civil Action No. 08-4676 |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Albert Knight and Defendants ChoicePoint Services, Inc., ChoicePoint, Inc., National Data Retrieval Inc., and Superior Information Services, Inc. that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action be dismissed with prejudice against these Defendants with each party to bear their own costs incurred.

**FRANCIS & MAILMAN, P.C.**

BY: _/s/ Gregory J. Gorski_

GREGORY J. GORSKI
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

Attorney for the Plaintiff
Albert Knight

Date: August 11, 2010

**HANGLEY, ARONCHICK, SEGAL & PUDLIN, P.C.**

BY: _/s/ Sharon F. McKee_

SHARON F. McKEE
20 Brace Road, Suite 201
Cherry Hill, NJ 08034

Attorney for the Defendants
ChoicePoint Services, Inc.,
ChoicePoint, Inc.,
National Data Retrieval Inc., and
Superior Information Services, Inc.

SO ORDERED:

_Noel L. Hillman_
HILLMAN, USDJ    J.

Date: August 12, 2010